UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> *Plaintiff*, <br><br> — against — <br><br> KARIM GAZZAH, individually and d/b/a TAJ MAHAL LOUNGE, and TAJ MAHAL LOUNGE CORP., an unknown business entity d/b/a Taj Mahal Lounge, <br><br> *Defendants*. | **19-CV-2385 (ARR) (CLP)** <br><br> **Opinion & Order** <br><br> **Not for electronic or print publication** |

ROSS, United States District Judge:

This Court has received the Report and Recommendation on the instant case dated February 19, 2021 from the Honorable Cheryl L. Pollak, United States Magistrate Judge. No objections have been filed. The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874 (CBA)(LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011), *aff'd*, 472 F. App'x 73 (2d Cir. 2012) (summary order). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH)(LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, I order that plaintiff is awarded $6,600.00 in statutory and enhanced damages from defendant Taj Mahal Lounge, and that plaintiff is permitted to submit a motion for attorneys' fees within 30 days from the date of this ruling.

SO ORDERED.

_____/s/_____
Allyne R. Ross
United States District Judge

Dated:     March 9, 2021
           Brooklyn, New York